UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2014 OCT -6  P 5: 04
US DISTRICT COURT
HARTFORD CT

**UNITED STATES OF AMERICA**          :
                                       :
v.                                     :     Case No. 3:14CR60 (RNC)
                                       :
**STEVEN MARTONE and**                 :
**JOHN VAILETTE**                      :

### PROTECTIVE ORDER

Pursuant to Rule 16(d)(1), Fed.R.Crim.P., and paragraphs (A)(9) and (F) of the Standing Order on Discovery in criminal cases for the District of Connecticut, the Government has moved the Court to enter a protective order concerning the identities of potential non-law enforcement witnesses for the prosecution in the above-captioned case. Based upon the facts and circumstances contained in the sealed affidavit of Special Agent Lisa Tutty dated May 6, 2014, and additional supplemental representations of the Government made during status conferences in this matter, the Court finds that a Protective Order should issue and that the conditions set forth below are reasonable and appropriate measures to ensure the safety of potential non-law enforcement witnesses in the instant matter, the effective administration of justice, and the integrity of the judicial process.

Accordingly, it is hereby ORDERED that:

1. Any information provided by the Government to defense counsel, by any means, which reveals the identity of any non-law enforcement witness, or which could reasonably be used by itself or in combination with other information, to determine the identity of any such witness, shall be covered by this Order. (Such information is referred to hereinafter as "Protected Information.")

1

2. Until further order of the Court, no Protected Information is to be disclosed, disseminated or otherwise provided, directly or indirectly, to John Vailette or Steven Martone (hereinafter, the "defendants").

3. Prior to receipt of any Protected Information, defense counsel must execute an Acknowledgment and Agreement to be Bound form (hereinafter known as the "Agreement," an unexecuted copy of which is attached hereto as "Attachment 1").

4. The attorneys of record, their associates, respective staffs and firms shall take all reasonable steps necessary to ensure that no Protected Information is revealed to the defendants, or any other individuals, intentionally or unintentionally, directly or indirectly, unless specifically authorized by the terms of this Protective Order, upon consent of the Government or as otherwise Ordered by the Court.

5. If during the course of their representation, defense counsel should determine that it is necessary to share Protected Information with office staff, investigators or other individuals whose assistance is needed in preparing a defense (hereinafter known as "defense team," such disclosures are authorized by this Order so long as each member of the defense team agrees in advance to be bound by this Protective Order, including executing the referenced Agreement and taking all steps reasonably necessary to ensure full compliance with this Order.

6. Prior to disclosing any Protected Information to any member of the defense team, defense counsel shall obtain an executed Agreement from any and all prospective recipients of Protected Information and file copies of said executed agreements under seal with the Court as soon as practical, but in any case, not later than three business days after the disclosure of Protected Information takes place.

7. Defense counsel shall assume full responsibility for taking any and all steps reasonably necessary to ensure that members of the defense team to whom Protected

Information has been provided abide by the terms of this Protective Order.

It is further ORDERED that:

8. Any Protected Information provided to defense counsel shall only be used by defense counsel and his/her defense team members for the purpose of representing their client in the above-captioned matter.

9. To the extent it is necessary for defense counsel to include any Protected Information in any pleading or filing with the Court, or during the course of any public Court proceedings, it shall be defense counsel's obligation to obtain the consent of the Government or an Order from the Court permitting the use of such information prior to making any such public filing or disclosure in a public Court proceeding.

10. This Order shall take effect immediately and shall remain in effect until further Order of the Court.

**SO ORDERED,**

DATED: 10/6/14      /s/ Robert N. Chatigny
                    _____
                    HON. ROBERT N. CHATIGNY
                    U.S. DISTRICT JUDGE

3

ATTACHMENT 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :  Case No. 3:14CR60 (RNC) |
| v. | : |
| | : |
| STEVEN MARTONE and | : |
| JOHN VAILETTE | : |

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

The undersigned hereby acknowledges that he/she has read the Protective Order issued in the above-captioned action and attached hereto, understands the terms thereof, and agrees to be bound by its terms.

Further, the undersigned submits to the jurisdiction of the United States District Court for the District of Connecticut in matters relating to the Protective Order and understands that the terms of the Protective Order obligate him/her to use the Protected Information (as that term is defined in the Protective Order) in accordance with the Order solely for the purposes of the above-captioned action and that the Order expressly prohibits the disclosure of any Protected Information to the defendants, either directly or indirectly, or to any person, firm, or concern.

Finally, the undersigned agrees and promises upon penalty of contempt of court to take any and all steps reasonably necessary to prevent further dissemination or disclosure of any

1

Protected Information except where specifically authorized by the Protective Order, with the Government's consent, or as otherwise permitted by Court Order.

Name: _____

Job Title: _____

Employer: _____

Business Address: _____

_____

_____

_____

Date:_____      _____
                                Signature

On this, the \_\_\_\_\_day of _____, 20\_\_\_\_, before me a notary public, the undersigned officer, personally appeared_____, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public

2