# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : <br>: <br>: | CRIMINAL NO.<br>3:14-CR-00060 (RNC) |
| VS. | : <br>: | |
| JOHN VAILETTE,<br>Defendant. | : <br>: <br>: | OCTOBER 17, 2014 |

## MOTION TO SEAL

The defendant, JOHN VAILETTE, moves this Court to seal the attached Notice.

In addition, pursuant to Local Rule 57(b)5, the defendant moves this Court to seal the heading or caption of the attached sealed motion.

In support of this request to seal the caption of the pleading, the defendant represents that there is good cause for doing so, as set forth in the Court's Protective Order.

THE DEFENDANT,
JOHN VAILETTE

BY:_____/s/ DIANE POLAN_____

DIANE POLAN
Polan & Simmons, LLC
746 Chapel Street, Suite 202
New Haven, CT 06510
Telephone No.: 203.865.5000
Facsimile No.: 203.865.2177
E-mail: diane.polan@polanlaw.net
Federal Bar No.: ct00223

## C E R T I F I C A T I O N

I hereby certify that on October 17, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF Filing System, and to:

        /s/ DIANE POLAN
DIANE POLAN